UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GOMEZ, | Case No.  1:26-cv-00076-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | (ECF Nos. 9, 10) |
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 - 10, | |
| Defendants. | |

This action is set for an initial scheduling conference on April 9, 2026, at 8:30 AM in Courtroom 8 (FRS) before Magistrate Judge Frank J. Singer.  On April 2, 2026, the parties jointly requested that the Court continue the initial scheduling conference by sixty (60) days to allow more time for the parties to engage in settlement negotiations.  (ECF Nos. 9, 10.)  Accordingly, the scheduling conference currently set for April 9, 2026, is continued to June 8, 2026, at 10:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer.  The parties shall file an updated Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE