UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GOMEZ, | Case No. 1:26-cv-00076-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 14) |
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 10, | |
| Defendants. | |

On May 26, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that the parties intend to file dispositional documents within twenty-one (21) days of the date the notice was filed. (ECF No. 14.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. The parties shall file, or ensure the filing of, dispositional documents no later than June 16, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**May 27, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE